UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD L. HOLMES, II,

        Plaintiff,

v.

Q13 NEWS, *et al.*,

        Defendants.

Case No. C18-984-RSM

ORDER DISMISSING ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, and no objections having been filed, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's civil rights complaint (Dkt. 5) and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B).

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 30 day of October 2018.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE